1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY WAYNE CAGE, JR.,

    Plaintiff,

    v.

TODD BOSHAW, et al.,

    Defendants.

Case No. C20-1063RSL

ORDER TO SHOW CAUSE

On February 5, 2021, the Honorable Michelle L. Peterson, United States Magistrate
Judge, issued a Report and Recommendation in the above-captioned matter.  The Report and
Recommendation was mailed to plaintiff, but was returned unopened on February 25, 2021, as
plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the
Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for May
14, 2021.  If plaintiff fails to notify the Court and opposing parties of his current address by
that date, the Court will dismiss the action without prejudice for failure to prosecute under
Local Civil Rule 41(b)(2).

DATED this 8th day of March, 2021.


_M/t S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1